# EXHIBIT "A"- GREP STATEMENT

# ELAN DENTON
EST. 2021

**Elan Denton**
1501 Northstar Rd
Denton, TX 76208

| | |
|---|---|
| Statement Date: | May 20, 2022 |
| **Outstanding Balance:** | **$600.00** |

**Mini  Katiyo**
400 S OAK ST
ROANOKE, TX 76262-6736

| | |
|---|---|
| **Lease:** | 13740513 |
| **Unit:** | 8202 |
| **Move In Date:** | 05/20/2022 |
| **Lease Start Date:** | 05/20/2022 |
| **Lease End Date:** | 08/21/2023 |
| **Notice Given Date:** | |
| **Move Out Date:** | |

## Lease Holders

| Name | Occupant Type |
|---|---|
| Mini Katiyo | Primary |

## Outstanding Charges

| Date | Description | Notes | Amount | Taxes | Total Amount |
|---|---|---|---|---|---|
| 05/11/2022 | NSF Fees | fee posted | $75.00 | $0.00 | $75.00 |
| 05/11/2022 | NSF Fees | fee posted | $75.00 | $0.00 | $75.00 |
| 05/11/2022 | NSF Fees | fee posted | $75.00 | $0.00 | $75.00 |
| 05/11/2022 | NSF Fees | fee posted | $75.00 | $0.00 | $75.00 |
| 05/11/2022 | Application Fees | | $75.00 | $0.00 | $75.00 |
| 05/11/2022 | Application Fees | | $75.00 | $0.00 | $75.00 |
| 05/11/2022 | Administrative Fee | | $150.00 | $0.00 | $150.00 |

**Total Unpaid Charges:    $600.00**

## Repayment Agreements

Elan Denton
1501 Northstar Rd | Denton | TX | 76208

| ID | Start Date | End Date | Payments Due | Payment Amount | Due Now | Balance |
|----|-----------|----------|--------------|----------------|---------|---------|
|    |           |          |              |                |         |         |

**Total Repayment Agreement Balance:**    $0.00

## Deposits

| Date | Description | Amount |
|------|-------------|--------|
|      |             |        |

**Total Deposits Held:**    $0.00

## Unapplied Payments / Credits

| Date | Description | Notes | Amount | Taxes | Total Amount |
|------|-------------|-------|--------|-------|--------------|
|      |             |       |        |       |              |

**Total Unapplied Payments / Credits:**    $0.00

**Outstanding Balance:**    $600.00

Inquiries regarding your balance owed should be submitted to: Greystar PO Box 2706 Lynnwood, WA 98036 Direct: (425)329-0793 Toll Free: (866)975-5361 Please refer to the accompanying letter for detailed information including payment options. For inquiries regarding your refund due, please contact the property directly.

Elan Denton
1501 Northstar Rd | Denton | TX | 76208

ELAN DENTON
EST. 2021

Payment Submitted For: Elan Denton

Date Submitted: Wed, May 11, 2022 04:39 PM MDT ███████████████████████

| Shown on Statement as | Payment Number | Payment Amount | Convenience Fee | Payment Total |
|---|---|---|---|---|
| Elan Denton - Ops | ██████ | $150.00 | $0.00 | **$150.00** |
| Elan Denton - Ops | | $75.00 | $0.00 | **$75.00** |
| Elan Denton - Ops | | $200.00 | $0.00 | **$200.00** |

Payment Type: eCheck                                    Mini Katiyo
Payment Date: 05/11/2022 04:19 PM MDT                   Elan Denton

## Application Submitted For: Elan Denton

Date Submitted: Wed, May 11, 2022 04:39 PM MDT ████████████████████████

Thank you for your rental application for Elan Denton. An email notification has been sent to people you are applying with, providing them a log in to submit the personal information we require from them. This notification allows them to link directly to the application for their completion and signature.

| Basic Information | | | |
|---|---|---|---|
| Application ID | 18154425 | **Gender** : | F |
| **Name** : | Mini  Katiyo | **Applicant Type** : | Primary |
| **Email** : | ██████████ | | |
| | | **Birth Date** : | ████████ |
| **Phone** : | ████████████ | | |

| Preferences | | | |
|---|---|---|---|
| **Lead Source** | Property Website | **Desired Move-in Date** | 05/11/2022 |

| | | | |
|---|---|---|---|
| **Desired Lease Length** : | 13 months | | |
| **Desired Rent Min.:** | $1,360.00 | **Desired Rent Max.:** | $1,405.00 |

## Unit Info

| | | | |
|---|---|---|---|
| Property | Elan Denton | | |
| Floor Plan | B1 | Unit | Apt.8202 |

## Additional Info

### Personal Information

| | |
|---|---|
| Marital Status: | Single |

### Current Address:

| | | | |
|---|---|---|---|
| Address | ██████████ | | |
| Move In Date: | 01/02/2018 | Move Out Date: | 04/30/2022 |
| Monthly Payment($): | ██████ | | |
| Email Address: | ████████ | | |

### Vehicle 1

| | | | |
|---|---|---|---|
| Make: | Chevrolet | Model: | Spark |
| Year: | 2019 | Color: | White |
| Plate No.: | ██████ | | |
| State/Province: | TX | | |

| General Questions : | |
|---|---|
| Have you ever been sued for rent? | No |
| Have you ever been sued for damages? | No |
| Have you ever been evicted? | No |
| Have you ever broken a lease? | No |
| Do you have renters insurance ? | No |

| Education | | | |
|---|---|---|---|
| University | | Area of Study | |
| Year of Study | | | |

;

| Financial | | | |
|---|---|---|---|
| Income Details | | | |
| **Current Employer** | | | |
| Employer Name: | ██████████ | | |
| Address | ██████████ | | |
| Income: | ██████ | Position: | ██████ |
| Started On: | ██████ | | |
| **Other Income** | | | |
| Income: | ████ | | |

| People |
|---|

| Name | Living In Apartment? | Birth Date | Email | Relationship |
|---|---|---|---|---|
| Mini Katiyo | Yes | ████ | ████████████ | |
| Zeeshaan Ryan Shinga  Ramajan | Yes | ████ | ████████████ | Co-applicant |

## Options & Fees

### Pets

**Total Number Of Pets:  0**

## Contacts

| | | | Emergency Contact |
|---|---|---|---|
| Name: | ████████████ | Relation: | Son |
| Phone: | ████████████ | | |
| Address: | | 400 S. Oak St ROANOKE, TEXAS 76262 United States | |
| E-mail: | ████████████ | | |

## Digital Signature

| Full Name | Mini Katiyo |
|---|---|
| IP Address | ████████████ |

A non-refundable application fee, a non-refundable administrative fee, and an online application deposit will be necessary to hold your new apartment. Once the pre-qualification process is completed and your application is approved, the application deposit will be credited toward the required security deposit. If your application is denied, the application deposit and administrative fee will be refunded. You may not withdraw your application or application deposit. If you withdraw your application or change your mind about renting the apartment home, we will be entitled to retain all application deposits and administrative fees as liquidated damages, and will have no further obligations to one another.