# EXHIBIT "B"- Account Balance

**From:** noreply@genesiscred.com 🚩
**Subject:** Genesis - Account Balance
**Date:** December 26, 2023 at 1:35 PM
**To:** minikat3@yahoo.com



COLUMBIA DEBT RECOVERY LLC DBA GENESIS
PO BOX 3630 EVERETT, WA 98213
TOLL FREE: (877) 622-1132 MONDAY-FRIDAY 8AM TO 5PM PST

12/26/2023

MINI KATIYO                                    NOR – Account #: ▓▓▓▓▓

400 S OAK ST

ROANOKE, TX 76262-6736

Original Creditor: ELAN DENTON
Placed for collections on: 11/7/2023

| | |
|---|---|
| Original Principal: | $600.00 |
| Current Principal: | $600.00 |
| Interest Due: | $4.44 |
| Total Due: | $604.44 |

MINI KATIYO,

As you may be aware, your account is past due. As a reminder regarding your balance, we request you choose one of the following:

1. Mail the past-due amount today to the above address.
2. Mail a post-dated check today dated for any date this month that funds will be available.
3. Contact the undersigned account representative so satisfactory arrangements can be made.

Your attention to this matter is important to avoid further collection efforts. If payment has already been remitted, please call and notify your account representative promptly upon receipt of this notice.

*To make a payment or setup a payment plan, go to  https://payments.genesiscred.com.

Sincerely,

COLUMBIA DEBT RECOVERY LLC DBA GENESIS

(877) 622-1132

This is an attempt to collect a debt. Any information will be used for that purpose. As of the date of this letter you owe the amount stated above. Your account bears interest at 6.00% percent per annum. Because interest and other charges vary from day to day, please contact us to owe as of the date of your payment.

## 🔱 GENESIS

**Columbia Debt Recovery LLC**

**DBA Genesis**

**State Disclosures**

**TO ALL CONSUMERS – Notice about Electronic Check Conversion:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. Also, you authorize us to represent a check from your account if your payment is returned unpaid.

**Please be aware of the following rights.  This list does not contain a complete list of the rights consumers have under state and federal law.**

**California Residents:** The state Rosenthal Fair Debt Collection Practices Act, and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using three using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or http://www.ftc.gov/.

As required by law, you are hereby notified that a negative credit agency report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Colorado Residents:** The Colorado office of Columbia Debt Recovery is located at 27 North Willerup, Suite B, Montrose, CO 81401, telephone (303) 382-0534. FOR INFORMATION ABOUT THE COL COLLECTION PRACTICES ACT, SEE WWW://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/. A consumer has the writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from ta action authorized by law to collect the debt.

**Minnesota Residents:**  This collection agency is licensed by the Minnesota Department of Commerce.

**Maine Residents:** Hours of Operation: M-F 8:00am – 5:00pm PDT; Call toll free (866) 863-9194.

**New York:** Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C.

§ 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: the use or threat of violence; (ii) the use of obscene or profane language phone calls made with the intent to annoy, abuse, or harass. If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income to pay the debt:1. Supplemental security income, (SSI); 2. Social security; 3. Public assistance (welfare); 4. Spousal support, maintenance (alimony) or child support; 5. Unemployment benefits; 6. Disal Workers' compensation benefits; 8. Public or private pensions;9. Veterans' benefits; 10. Federal student loans, federal student grants, and federal work study funds; and11. Ninety percent of your wages the last sixty days.

**New York City Borough Residents:**  Department of Consumer Affairs, City of New York, License # 2095802-DCA. Please contact Hayden Hunter at (866) 863-9194 if you have questions. Para un agente de habla hispana, llame al (877)397-9337

Please see https://www1.nyc.gov/site/dca/index.page for a translation of commonly used debt collection terms in your preferred language.

**North Carolina Residents:** North Carolina Department of Insurance Permit # 119507065

**Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

If you'd like to unsubscribe and stop receiving these emails click here .