UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MINI KATIYO, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT, LLC, and GREP TEXAS, LLC d/b/a ELON DENTON,<br><br>        Defendants. | Civil Action No. 4:24-cv-00991-SDJ |

**DEFENDANT COLUMBIA DEBT RECOVERY, LLC'S NOTICE OF JOINDER IN DEFENDANT GREP TEXAS, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that Defendant COLUMBIA DEBT RECOVERY, LLC ("Columbia") hereby joins (in part) in the Motion to Dismiss Plaintiff's Complaint filed by Defendant GREP Texas, LLC ("GREP") on January 14, 2025 (ECF No. 11), and adopts and incorporates by reference the matters set forth therein as applicable to Columbia.

Columbia avers that two of the arguments made by GREP in its Motion to Dismiss apply equally to Columbia in regard to Plaintiff's failure to state a claim upon which relief may be granted.

First, GREP's Motion shows that Plaintiff was not entitled to a refund of any fees because her application for an apartment lease was approved with conditions—not denied as Plaintiff falsely alleges in the Complaint. ECF No. 11, pp. 3-4, 8-10. All of Plaintiff's claims, to the extent they are based on the allegation that Plaintiff did not owe any of the alleged debt because her

application had been denied, should therefore be dismissed.  Said allegation constitutes a partial basis for Plaintiff's FDCPA, TDCA and unjust enrichment claims against Columbia.  ECF No. 1, ¶¶ 22, 32, 39, 46.

Second, GREP's Motion to Dismiss shows that Plaintiff has no unjust enrichment claim because there is a written contract that governs the subject matter of this dispute.  ECF No. 11, p. 10.  GREP's argument that the unjust enrichment claim is barred by the existence of a written contract applies in the same way to Columbia.

Pursuant to the foregoing, Columbia hereby joins in GREP's Motion to Dismiss in part as set forth above, and the relief sought by GREP should also be afforded to Columbia (including a dismissal of all of Plaintiff's claims insofar as they are based on the allegation that Plaintiff did not owe any fees, and the unjust enrichment claim in its entirety), as both Defendants are in a substantially similar relative position with regards to these matters.

Respectfully submitted,

LAW OFFICES OF KEITH WIER, PLLC

 s/Keith Wier
Keith Wier
SBN: 21436100
15150 Preston Road, Suite 300
Dallas, TX 75248
Email: kwier@keithwierlaw.com
Phone: (214) 540-6690
Attorney for Defendant Columbia Debt Recovery, LLC