UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MINI KATIYO, *on behalf of herself and all other similarly situated*,<br><br>    *Plaintiff,*<br><br>v.<br><br>COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT, LLC AND GREP TEXAS, LLC d/b/a ELON DENTON,<br><br>    *Defendants.* | CIVIL CASE NO. 4:24-cv-00991-SDJ |

## PLAINTIFF'S RESPONSE TO DEFENDANT GREP MANAGEMENT, LLC'S MOTION TO DISMISS

Plaintiff, Mini Katiyo, by counsel, files her Opposition to Defendant GREP Management, LLC's ("GREP") Motion to Dismiss (Doc. 11) ("Motion") and shows as follows:

1. In its Motion, GREP essentially claims that Plaintiff sued the wrong corporate entity. *See* generally Doc. 11.

2. On January 28, 2025, Plaintiff filed an Amended Complaint (Doc. 12) rendering Defendant's Motion moot.

3. Plaintiff's Amended Complaint asserts claims only against Co-Defendant Columbia Debt Recovery, LLC.

4. Accordingly, Defendant's Motion should be denied as moot.

WHEREFORE, Plaintiff requests that Defendant's Motion be denied.

        Respectfully submitted,

*/s/ Robert W. Murphy*
Robert W. Murphy
Florida Bar No. 717223
**LAW OFFICE OF ROBERT W. MURPHY**
440 Premier Circle, Suite 240
Charlottesville, VA 22901
T: (434) 328-3100
F: (434) 328-3101
rwmurphy@lawfirmmurphy.com

John A. Love, Esq
**LOVE CONSUMER LAW**
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
404.855.3600
tlove@loveconsumerlaw.com

*Counsel for Proposed Class*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 27 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court for the Eastern District of Texas, using the CM/ECF system, which will serve all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

        */s/ Robert W. Murphy*
        Attorney