UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MINI KATIYO, *on behalf of herself and all other similarly situated*, <br><br> *Plaintiff,* <br><br> v. <br><br> COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT, LLC, <br><br> *Defendant.* | CIVIL CASE NO. 4:24-CV-4234 |

**PLAINTIFF'S OPPOSITION TO DEFENDANT COLUMBIA DEBT RECOVERY, LLC'S JOINDER IN GREP TEXAS, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Plaintiff, Mini Katiyo, by counsel, files her Opposition to Defendant Columbia Debt Recovery, LLC's Joinder in GREP Texas, LLC's Motion to Dismiss (Doc. 14) ("Motion") and shows as follows:

1.  In its Motion, Defendant Columbia Debt Recovery, LLC ("Defendant") seeks partial dismissal of Plaintiff's original Complaint. *See* generally Doc. 14. Specifically, Defendant seeks dismissal of (i) the Unjust Enrichment claim and (ii) "[a]ll of Plaintiff's claims, to the extent they are based on the allegation that Plaintiff did not owe any of the alleged debt because her application had been denied…" (*Id*. 1-2).

2.  Defendant's Motion should be denied because, on January 27, 2025, Plaintiff filed an Amended Complaint (Doc. 12) that did not include the Unjust Enrichment claim. Defendant's Motion, therefore, is moot as to the Unjust Enrichment claim and should be denied as such.

3.  Defendant's Motion should also be denied as to its statement concerning the denial of Plaintiff's application for the subject apartment. The basis for Plaintiff's claims against

Defendant is its blatant and illegal conduct seeking to collect NSF fees, and interest on top of those fees, in excess of the amount permitted by Texas law. Whether or not Plaintiff, or any other member of the proposed Class, was denied an apartment or not is irrelevant to the assessment of these claims. The violation is the collection of amounts in excess of what is expressly permitted by Texas law.

WHEREFORE, Defendant's Motion should be denied.

This 29th day of January, 2025.

Respectfully submitted,

*/s/ Robert W. Murphy*
Robert W. Murphy
Florida Bar No. 717223
LAW OFFICE OF ROBERT W. MURPHY
440 Premier Circle, Suite 240
Charlottesville, VA 22901
T: (434) 328-3100
F: (434) 328-3101
rwmurphy@lawfirmmurphy.com

John A. Love, Esq
**LOVE CONSUMER LAW**
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
404.855.3600
tlove@loveconsumerlaw.com

*Counsel for Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned certified that on January 29, 2025, a true and correct copy of the foregoing was served via all known counsel of record through ECM/ECF transmission.

*/s/ Robert W. Murphy*
Robert W. Murphy
*Counsel for Proposed Class*
